UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Marcus Roshawn Garrett** **Docket No. 4:12-CR-75-5D**

**Petition for Action on Supervised Release**

COMES NOW Stephen W. Larson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marcus Roshawn Garrett, who, upon an earlier plea of guilty to Robbery of a Business Engaged in Interstate Commerce and Aiding and Abetting, in violation of 18 U.S.C. § 1951 and 18 U.S.C. § 2; Using and Carrying a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2; and Using and Carrying a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. § 924(c)(1)(C)(i) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 18, 2014, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. Marcus Roshawn Garrett was released from custody on December 4, 2024, at which time the term of supervised release commenced. Marcus Roshawn Garrett was released from custody on December 4, 2024, at which time the term of supervised release commenced.

On June 16, 2026, A Petition for Action was submitted to the court advising the defendant signed a Waiver of Hearing where he agreed to comply with the standard and special conditions that were ordered at his sentencing on March 17, 2022.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 13, 2026, the defendant was charged with committing the criminal offense of Break/Enter Terrorize/Injure and Misdemeanor Larceny by the Farmville Police Department in Pitt County, North Carolina (26CR428953). According to the warrant, on October 12, 2026, Garrett did break and enter a building with the intent of terrorizing the occupant, Tiffany Carr. Additionally, Garrett unlawfully and willfully did steal, take, and carry away a 30-day temporary registration plate, the personal property of Carr. Garrett willingly surrendered to law enforcement and was released on a $5,000 secured bond and ordered to have no contact with Tiffany Carr. Garrett immediately contacted the probation officer to report his incident and advised the above noted situation was mishandled by him. After further investigation by the probation officer and speaking to Carr, it appears there is conflicting information from both parties. As a sanction for this behavior, the probation officer respectfully recommends a curfew for 60 days with GPS monitoring. In addition to this sanction, the probation officer approved Garrett's request to change his residence so Garrett can distance himself from Carr. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Stephen W. Larson
Stephen W. Larson
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2343
Executed On: October 22, 2026

**ORDER OF THE COURT**

Considered and ordered this 26 day of October, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge